```
PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| LOUIE MOLINA, | |
| Defendant. | COURT: Hon. Ana de Alba |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Louie Molina, by and through his counsel of record, Michael Aed, hereby stipulate as follows.

2. The parties have reached a plea agreement in this case.

3. The parties ask that the matter as to defendant Louie Molina be set for a change of plea before the Honorable Ana de Alba on September 18, 2023, at 8:30 AM.

4. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

   a) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence, including the opportunity to meet with his client and prepare for the change of plea hearing.

      b)      The government does not object to the continuance.

5.      No time exclusion is necessary, as time has already been excluded in the case beyond the proposed change of plea hearing date.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: July 17, 2023

/s/Michael Aed
Michael Aed
Counsel for Defendant
LOUIE MOLINA

IT IS SO ORDERED.

Dated: July 18, 2023

_____
UNITED STATES DISTRICT JUDGE