LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>　　　v.<br><br>LOUIE MOLINA,<br><br>　　Defendant. | 1:19-cr-00145-NODJ-BAM<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

## STIPULATION

　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 16, 2024.

2. By this stipulation, defendant now moves to continue sentencing until February 20, 2024.

　　a.　The parties agree and stipulate, and request that the Court find the following:



b. On September 18, 2023, the defendant pled guilty to one count(s) of an 11-countIndictment. Count 4 charges Possession with Intent to Distribute 500 grams and More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

c. A Presentence Report was prepared by United States Probation Officer Jesse Mora on December 5, 2023.

d. Counsel for defendant desires additional time to further review the Presentence Report and recommendations investigate and prepare relevant mitigation material in anticipation of sentencing.

e. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: December 19, 2023                    Respectfully submitted,

/s/ Justin Gilio
Justin Gilio
*A.U.S.A.*

Dated: December 19, 2023                    Respectfully submitted,

/s/ Michael J. Aed
Michael J. Aed
*Attorney for Defendant*



**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from January 16, 2024, to **February 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **December 20, 2023**              /s/ *Barbara A. McAuliffe*

                                                    UNITED STATES MAGISTRATE JUDGE

