LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LOUIE MOLINA,<br><br>Defendant. | CASE: 1:19-CR-00145-NODJ-BAM<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 20, 2024.
2. By this stipulation, defendant now moves to continue sentencing until April 22, 2024.
    a. The parties agree and stipulate, and request that the Court find the following:
    b. On September 18, 2023, the defendant pled guilty to one count(s) of an 11-count Indictment. Count 4 charges Possession with Intent to Distribute 500 grams and More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).



c. A Presentence Report was prepared by United States Probation Officer Jesse Mora on December 5, 2023.

d. Counsel for the defendant is currently in trial in the matter People v. Camron Henry Griffin, Jr. (Merced County Case 23CR-03762A). The trial began on January 9, 2024. The jury is expected to receive the case by February 16, 2024.

e. Counsel for defendant desires additional time to further review the Presentence Report and recommendations investigate and prepare relevant mitigation material in anticipation of sentencing.

f. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: February 5, 2024  Respectfully submitted,

/s/ Justin Gilio

Justin Gilio
*AUSA*

Dated: February 5, 2024  Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from February 20, 2024, to **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. IT IS SO ORDERED.

Dated: **February 6, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE