1  Law Office of Michael J. Aed
   Michael J. Aed, SBN 204090
2  2115 Kern Street, Suite 1
   Fresno, CA 93721
3  Telephone: (559) 825-4600
   Facsimile: (559) 272-8411
4

5  Attorney for Defendant

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            No.  1:19-CR-00145-NODJ-BAM

12                Plaintiff,
                                        **MOTION TO TERMINATE CJA
13      v.                              APPOINTMENT OF MICHAEL J. AED AS
                                        ATTORNEY OF RECORD AND ORDER**
14 Louie Molina

15                Defendant.

16

17

18

19      On April  26, 2019, Defendant Louie Molina was indicted  on federal charges.  CJA Panel

20 Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Molina on June 18, 2019

21 in his criminal case.  Mr. Molina was sentenced on May 6, 2024.  The time for filing a direct

22 appeal was May 20, 2024.  No direct appeal was filed.   Mr. Molina was in custody at sentencing.

23 He was given 168 months. Supervised release for a term of 5 years with conditions as modified by

24 the court.   Having completed representation of Mr. Molina, CJA attorney Michael J. Aed now

25 moves to terminate his appointment under the Criminal Justice Act.

26      Should Mr. Molina require further legal assistance he/she has been advised to contact the

27 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

28

1 | Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-

2 | free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

3 | Dated:  May 21, 2024                    Respectfully submitted,

4

5 |                                                                /s/ Michael J. Aed

6 |                                                                Michael J. Aed
   |                                                                Defendant, Louie Molina

7

8 |                                         **ORDER**

9 |         Having reviewed the notice and found that attorney Michael J. Aed has completed the

10 | services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request

11 | for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal

12 | assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern

13 | District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for

14 | the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will

15 | arrange for the reappointment of counsel to assist Defendant.

16 |         The Clerk of Court is directed to serve a copy of this order on Defendant Louie Molina at

17 | the following address and to update the docket to reflect Defendant's pro se status and contact

18 | information.

19 |                         PO Box 1613 Handford CA 93232

20

21 |         **IT IS SO ORDERED.**

22 | DATED:  May 24, 2024.

23

24 | _____

25 | CHIEF UNITED STATES DISTRICT JUDGE

26

27

28